## IN THE UNITED STATES BANKRUPTCY COURT
### Middle District of Alabama

| | |
|---|---|
| **In the Matter of**: | Case No. 13-31561 |
| John McGhee | Chapter 13 |
| **Debtor** | |

## OBJECTION TO TRUSTEE'S MOTION TO DISMISS

COMES now the debtor and objects to the Trustee's Motion to Dismiss based upon the following:

1. The debtor filed this case on June 19, 2013.

2. Since the filing of the Chapter 13 case, the debtor became behind in payments to the Trustee.

3. We request that the court please allow us additional time to contact the debtor.

Wherefore, premises considered, the debtor(s) object to the case being dismissed Respectfully submitted this the 14 day of March, 2016.

/s/ Richard D. Shinbaum
ASB-8638-B54R
*Attorney for Debtor*:
Richard D. Shinbaum
ASB-8638-B54R
Shinbaum & Associates
566 South Perry Street
P O Box 201
Montgomery, AL 36101
334-269-4440- Selma
334-872-4545

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above foregoing motion on all parties listed below by CM/ECF on this day 14 day of March, 2016.

Chapter 13 Trustee, Curtis C. Reding
Bankruptcy Administrator, Teresa Jacobs