UNITED STATES BANKRUPTCY COURT
Middle District of Alabama

In re  Case No. 13–31561
John McGhee  Chapter 13

    Debtor

# NOTICE

PLEASE TAKE NOTICE that a hearing will be held at

U.S. Bankruptcy Court, One Church Street, Courtroom 4C, Montgomery, AL 36104

on April 4, 2016 at 10:00 AM

to consider and act upon the following:

*53* – Trustee's Motion to Dismiss Case for Failure to Make Plan Payments . Responses due by 03/18/2016. (Reding, Curtis)

*54* – Objection to Trustee's Motion to Dismiss Case filed by Richard D. Shinbaum on behalf of John McGhee (RE: related document(s)53 Trustee's Motion to Dismiss Case). (Shinbaum, Richard)

Dated: March 15, 2016

                                                            Juan–Carlos Guerrero
                                                            Clerk, U.S. Bankruptcy Court